**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Dated: December 19, 2019

Guy R. Humphrey
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-31030 |
| | | Chapter 7 |
| GYPC, INC., | : | Judge Guy R. Humphrey |
| Debtor. | : | |

**AGREED ORDER RESERVING RIGHTS TO REQUIRE DISGORGEMENT OF FEES FOR CHAPTER 11 ADMINISTRATIVE EXPENSES OF ATTORNEYS IN THE EVENT OF ADMINISTRATIVE INSOLVENCY**

**THIS MATTER** is before the Court pursuant to the agreement of The Law Offices of Ira H. Thomsen ("Debtor's Counsel"), Coolidge Wall Co., L.P.A. ("Special Counsel"), Donald F. Harker, III, the Chapter 7 Trustee ("Trustee"), and the United States Trustee ("U.S. Trustee") as confirmed by the signatures of representatives of each, below, and in accordance with the discussion held during the Status Conference in this matter on December 17, 2019. As such, and for good cause shown, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1

Regardless of any order hereafter entered granting the final fee applications of Debtor's Counsel [Doc. No. 246] and Special Counsel [Doc. No. 245], including treatment of such fees and expenses as Chapter 11 administrative claims, the fees paid to Debtor's Counsel and Special Counsel shall remain subject to disgorgement in the event of administrative insolvency for the bankruptcy estate. Debtor's Counsel and Special Counsel acknowledge that Chapter 11 administrative expenses have a lower priority than Chapter 7 administrative expenses. Nothing in this Order, however, shall limit or alter potentially available defenses or adjustments to the application of disgorgement that may otherwise be available for Debtor's Counsel and Special Counsel.

**IT IS SO ORDERED.**

| LAW OFFICES OF IRA H. THOMSEN | COOLIDGE WALL CO., L.P.A. |
|---|---|
| */s/ Denis E. Blasius* by P. Friesinger<br>per e-mail authority 12/18/19 | */s/ Patricia J. Friesinger* |
| _____<br>Denis E. Blasius (0082617)<br>Ira H. Thomsen (0023965)<br>140 North Main Street, Suite A<br>P.O. Box 639<br>Springboro, Ohio 45066<br>Tel: 937-748-5001 Fax: 937-748-5003<br>E-Mail dblasius@ihtlaw.com | _____<br>Patricia J. Friesinger (0072807)<br>33 West First Street, Suite 600<br>Dayton, Ohio 45402<br>Tel: 937/223-8177  Fax: 937/223-6705<br>E-Mail: friesinger@coollaw.com |
| *Debtor's Counsel* | *Special Counsel* |
| | DANIEL M. MCDERMOTT<br>UNITED STATES TRUSTEE FOR REGION 9 |
| */s/ Donald F. Harker* by P. Friesinger<br>per e-mail authority 12/19/19 | */s/ Jeremy Shane Flannery* by P. Friesinger<br>per e-mail authority 12/19/19 |
| _____<br>Donald F. Harker, III, Esq. (0018048)<br>2135 Miamisburg-Centerville Rd.<br>Centerville, Ohio 45459<br>937/371-5676<br>E-Mail: dharkerlaw@gmail.com | _____<br>Jeremy Shane Flannery (NC Bar #27826)<br>170 N. High St., Ste. 200<br>Columbus, Ohio 43215<br>Tel: 614/469-7411 ext. 224<br>Fax: 614/469-7448<br>E-Mail: Jeremy.S.Flannery@usdoj.gov |
| *Trustee* | *Attorney for the U.S. Trustee* |

cc:

Default List