# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: GYPC,INC | Case No. 17-31030 |
| | Chapter 7 |
| Debtor | Judge HUMPHREY |

AMENDED TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF GIFT CARDS AT PUBLIC INTERNET AUCTION COMBINED WITH NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Please take notice that pursuant to 11 USC 363(b) Donald F. Harker, III, the Trustee herein, intends to sell the Debtor's interest in miscellaneous retail gift cards (Cards) at public internet auction and to compensate Carol Smith's Asset Sales, LLC ("CSA") as internet auctioneer.

The Debtor owns approximately 1900 retail gift cards from over 30 retailers with retail values ranging from $10.00 to $100.00**.** The Debtor scheduled the value of the cards at $48,200.00 The Cards are being sold **subject to** the terms set forth below.

The Cards will be sold via online auction. The Cards will be offered for bid, at the website www.csassets.com. and www.ebay.com. The bidding will begin at a minimum of 50% of retail value. The Cards will be sold in lots in "as is" condition with no warranty of any kind. The online auction or auctions will run for ten (10) days upon court approval of this motion

The terms, conditions and expenses of the sale are further set forth as follows:

The sale shall be by public internet bidding to be conducted by CSA. Payment will be made via PayPal. The agent's premium of ten percent (10%) shall be paid to CSA from the sale proceeds without further court order, but subject to the filing of an applicable sale notice under 11 U.S.C. § 363. In addition CSA may incur EBay charges of 10% of the total sales amount with a maximum of $750.00 per sale and PayPal charges of approximately 3% of total sale amount.

Using his business judgment, the Trustee has set a reserve (minimum price) of 50% of the Card's retail price reserving the right to re-run the auction at a lower minimum if the Cards do not sell during the initial auction. In the event the reserve is not met, CSA will report to the Trustee the results of any bids received and recommend to the Trustee a revised reserve bid and an additional auction period(s) may be commenced until such time as the Cards are sold.

WHEREFORE, Donald F. Harker III, Trustee, prays that the Court authorize the Trustee to sell the Cards at public internet auction per the terms and conditions set forth above and for such other relief as may be proper and necessary.

Respectfully submitted,

/s/ Donald F. Harker III
Donald F. Harker, lll
Attorney for Trustee
2135 Miamisburg- Centerville Rd.
Centerville, Ohio 45459
937-371-5676
dharkerlaw@gmail.com

**NOTICE AND OPPORTUNITY TO OBJECT**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one** If you do not want the court to grant the relief sought

2

in the application then on or before **twenty-one (21) days from the date set forth in the certificate of service for the application**, you must file with the court a written response explaining your position by mailing your response by regular U.S. Mail to **U.S. Bankruptcy Court, 120 West Third Street, Dayton, OH 45402,** OR your attorney must file a response using the court's ECF system.

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by (1) the court's ECF System or by (2) regular U.S. Mail, to **Donald F. Harker, III, 2135 Miamisburg-Centerville Rd., Centerville, Ohio 45459**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further hearing or notice.

Date of Service: July 28, 2020        /s/ Donald F. Harker
                                      Donald F. Harker, III
                                      Attorney for Trustee (0018048)
                                      2135 Miamisburg- Centerville Rd.
                                      Centerville, Ohio 45459
                                      937-371-5676, dharkerlaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the preceding Amended Trustee's Motion for Order Authorizing Sale of Gift Cards at Public Internet Auction Combined with Notice of Motion and Opportunity to Object was caused to be served this 28th day of July, 2020 on registered ECF participants, electronically through the court's ECF System at the email address registered with the court.

US Trustee
Ira H. Thomsen
Denis E. Blasius
Kate M. Bradley
Casey M. Cantrell Swartz
Nick V. Cavalieri
Darlene E. Fierle
Jeremy Shane Flannery
Patricia J. Friesinger
Jeffrey M. Galen
Harry W. Greenfield
Darryl S. Laddin

W. Timothy Miller
 Matthew T. Schaeffer
David Shankman
Timothy Craig Sullivan
Zachary B. White
Michael L. Meyer

**And on all creditors and parties in interest per the attached matrix (original only) by ordinary U.S. Mail and Carol Smith's Asset Sales, LLC, PO Box 13538, Mesa, AZ 85216**

                                                /s/ Donald F. Harker
                                                Donald F. Harker, III