# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 17-31030 HG | **Trustee:** (550270) | Donald F. Harker, III |
| **Case Name:** GYPC, INC. | **Filed (f) or Converted (c):** | 08/16/19 (c) |
| | **§341(a) Meeting Date:** | 09/19/19 |
| **Period Ending:** 03/31/22 | **Claims Bar Date:** | 10/25/19 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Operating-USM Account at Bank of America, xxxxxx<br>Imported from original petition Doc# 19 | 7,512.84 | 7,512.84 | | 0.00 | 7,512.84 |
| 2 Operating-USM Account at Wells Fargo Bank, N.A.,<br>Imported from original petition Doc# 19 | 159,505.21 | 159,505.21 | | 896,711.95 | FA |
| 3 Deposit Account-USM Account at Alostar, xxxxxx78<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 4 Operating Account-USM Account at Alostar, xxxxxx<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 5 Payables Account-USM Account at Alostar, xxxxxx7<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 6 Payroll Account-USM Account at Alostar, xxxxxx78<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 7 $40,000.00 retainer held by sorter wright Morris<br>Imported from original petition Doc# 19 | 127,044.27 | 127,044.27 | | 0.00 | 127,044.27 |
| 8 Insurance Prepayment<br>Imported from original petition Doc# 19 | 21,377.15 | 21,377.15 | | 0.00 | 21,377.15 |
| 9 Various trademarks and patents-USM Copyrights-Ma<br>Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | FA |
| 10 Potential claim against Tina Weede in relation t<br>Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | FA |
| 11 A/R Over 90 days old. Face amount = $2,018,364.9<br>Imported from original petition Doc# 19 | 1,018,364.96 | 1,018,364.96 | | 0.00 | 1,018,364.96 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-31030 HG
**Case Name:** GYPC, INC.

**Period Ending:** 03/31/22

**Trustee:** (550270)  Donald F. Harker, III
**Filed (f) or Converted (c):** 08/16/19 (c)
**§341(a) Meeting Date:** 09/19/19
**Claims Bar Date:** 10/25/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12 | Other inventory or supplies: Gift Cards-USM, Net<br>Imported from original petition Doc# 19 | 48,200.00 | 48,200.00 | | 20,599.01 | FA |
| 13 | Preferred Membership Interest in Eastport Holdin<br>Imported from original petition Doc# 19 | Unknown | 5,000.00 | | 0.00 | 5,000.00 |
| 14 | Tax Account  (u) | Unknown | 0.00 | | 1,712.82 | FA |
| 15 | Harker v. Atlanta Promotional  (u)<br>Preference | Unknown | 0.00 | | 3,000.00 | FA |
| 16 | Harker v. Pebblebrook  (u)<br>Preference | Unknown | 12,500.00 | | 12,500.00 | FA |
| 17 | Harker v. Persource  (u)<br>Preference | Unknown | 7,707.00 | | 7,707.00 | FA |
| 18 | Harker v. U. S. Bank  (u)<br>Preference | Unknown | 6,365.10 | | 6,365.10 | FA |
| 19 | Harker v. HC Royal Palms  (u)<br>Preference | Unknown | 10,000.00 | | 10,000.00 | FA |
| 20 | Georgia Tax Refund for 2016  (u) | Unknown | 1.08 | | 0.00 | FA |
| 21 | Harker v. PCM Sales  (u)<br>Preference | Unknown | 4,500.00 | | 4,500.00 | FA |
| 22 | Preference v. PorterWright | Unknown | 50,000.00 | | 50,000.00 | FA |
| 23 | Copiers, printers miscellaneous personal propert<br>Copiers, printers, miscell. personal property | Unknown | 10,885.50 | | 10,885.50 | FA |
| 24 | Harker v. Kuoni  (u) | Unknown | 3,500.00 | | 3,500.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-31030 HG  
**Case Name:** GYPC, INC.  

**Period Ending:** 03/31/22  

**Trustee:** (550270) Donald F. Harker, III  
**Filed (f) or Converted (c):** 08/16/19 (c)  
**§341(a) Meeting Date:** 09/19/19  
**Claims Bar Date:** 10/25/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Settlement proceeds |  |  |  |  |  |
| 25 | Harker v. Starz (u)<br>Per order on 9019 motion | Unknown | 10,000.00 |  | 10,000.00 | FA |
| 26 | Harker v. Scrub Island (u) | Unknown | 4,214.06 |  | 4,214.06 | FA |
| 27 | Harker v. Air Charter (u) | Unknown | 3,000.00 |  | 3,000.00 | FA |
| 28 | Harker v. PSAV (u) | Unknown | 0.00 |  | 8,750.00 | FA |
| 29 | Harker v. LC Sales LLP (u) | Unknown | Unknown |  | 8,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 357.36 | Unknown |
| 30 | **Assets** **Totals** (Excluding unknown values) | **$1,382,004.43** | **$1,509,677.17** |  | **$1,062,302.80** | **$1,179,299.22** |

**Major Activities Affecting Case Closing:**

    14 Adversaries pending; Trustee anticipates it may be several years until they are concluded.

**Initial Projected Date Of Final Report (TFR):** February 1, 2022    **Current Projected Date Of Final Report (TFR):** February 1, 2024

# Form 2

# Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-31030 HG  
**Case Name:** GYPC, INC.

**Taxpayer ID #:** **-***6439  
**Period Ending:** 03/31/22

**Trustee:** Donald F. Harker, III (550270)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0298 - MONEY MARKET ACCOUNT  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/06/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 572,377.18 | | 572,377.18 |
| 10/07/21 | 20150 | Carol Smith's Asset Sales, LLC | Commission on sale of 35 Regal and 61 Papa John's Gift Cards | 3630-000 | | 35.50 | 572,341.68 |
| 10/07/21 | 20151 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 572,197.63 |
| 10/12/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 0.79 | | 572,198.42 |
| 10/29/21 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 3.76 | | 572,202.18 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 886.67 | 571,315.51 |
| 11/08/21 | 20152 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 571,171.46 |
| 11/30/21 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 5.01 | | 571,176.47 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 976.59 | 570,199.88 |
| 12/01/21 | 20153 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 570,055.83 |
| 12/09/21 | 20154 | Trustee Resource Group | Trustee's Accountant's Fees | 3410-000 | | 4,373.75 | 565,682.08 |
| 12/09/21 | 20155 | Trustee Resource Group | Trustee's Accountant's Expenses | 3420-000 | | 281.05 | 565,401.03 |
| 12/23/21 | 20156 | Graydon Head & Ritchey | Attorney for Trustee Fees | 3210-000 | | 32,532.50 | 532,868.53 |
| 12/23/21 | 20157 | Graydon Head & Ritchey | Attorney for Trustee Expenses | 3220-000 | | 172.30 | 532,696.23 |
| 12/28/21 | 20158 {12} | Marie Cabrera | Refund for purchase of JC Penny cards and shipping costs incurred by Marie Cabrera | 1129-000 | -550.59 | | 532,145.64 |
| 12/31/21 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.81 | | 532,150.45 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 939.72 | 531,210.73 |
| 01/04/22 | 20159 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 531,066.68 |
| 01/18/22 | {29} | Armstrong Teasdale LLP | Settlement of Harker v. LC Sales LLP | 1241-000 | 8,500.00 | | 539,566.68 |
| 01/25/22 | {12} | Suzanne M Katko | Purchase of gift cards and shipping costs (8 Choice Hotel, 26 Coleman, 24 Service Master and 104 JC Penny) $300.00 for cards and $12.90 for shipping | 1129-000 | 312.90 | | 539,879.58 |
| 01/31/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.54 | | 539,884.12 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 827.56 | 539,056.56 |

Subtotals: **$580,658.40**  **$41,601.84**

{} Asset reference(s)

Printed: 04/09/2022 11:33 AM   V.20.40

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-31030 HG  
**Case Name:** GYPC, INC.

**Taxpayer ID #:** **-***6439  
**Period Ending:** 03/31/22

**Trustee:** Donald F. Harker, III (550270)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0298 - MONEY MARKET ACCOUNT  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.14 | | 539,060.70 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 806.45 | 538,254.25 |
| 03/01/22 | 20160 | Donald F. Harker, III | Attorney Fees | 3110-000 | | 3,960.00 | 534,294.25 |
| 03/02/22 | 20161 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 534,150.20 |
| 03/31/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.54 | | 534,154.74 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 942.74 | 533,212.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 580,667.08 | 47,455.08 | $533,212.00 |
| Less: Bank Transfers | 572,377.97 | 0.00 | |
| **Subtotal** | 8,289.11 | 47,455.08 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,289.11** | **$47,455.08** | |

{} Asset reference(s)

Printed: 04/09/2022 11:33 AM V.20.40

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 17-31030 HG
**Case Name:** GYPC, INC.

**Taxpayer ID #:** **-***6439
**Period Ending:** 03/31/22

**Trustee:** Donald F. Harker, III (550270)
**Bank Name:** Mechanics Bank
**Account:** ******2066 - MONEY MARKET ACCOUNT
**Blanket Bond:** $2,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/19 | {2} | Wells Fargo | Close out operating account | 1129-000 | 896,711.95 | | 896,711.95 |
| 09/18/19 | {14} | Wells Fargo | Close out tax account | 1229-000 | 1,712.82 | | 898,424.77 |
| 09/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 14.77 | | 898,439.54 |
| 10/31/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 38.15 | | 898,477.69 |
| 11/26/19 | 101 | Principal Securities, LLC | Rent for Oct., Nov. and Dec. 2019 Storage | 2410-000 | | 300.00 | 898,177.69 |
| 11/30/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 36.93 | | 898,214.62 |
| 12/20/19 | 102 | Ira H. Thomsen | Balance of attorney fees for services rendered to Chpt. 11 Debtor Per Doc. 260 | 6210-160 | | 4,875.11 | 893,339.51 |
| 12/31/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 38.14 | | 893,377.65 |
| 01/02/20 | 103 | Coolidge Wall Co., L.P.A. | Attorney fees per Order (Doc.259) | 3210-000 | | 54,428.00 | 838,949.65 |
| 01/02/20 | 104 | Coolidge Wall Co., L.P.A. | Attorney expenses per Order (Doc.259) | 3220-000 | | 74.31 | 838,875.34 |
| 01/28/20 | 105 | Principal Securities, LLC | Rent for January and February 2020 Storage Voided on 01/28/20 | 2410-000 | | 300.00 | 838,575.34 |
| 01/28/20 | 105 | Principal Securities, LLC | Rent for January and February 2020 Storage Voided: check issued on 01/28/20 | 2410-000 | | -300.00 | 838,875.34 |
| 01/28/20 | 106 | Principal Securities, LLC | Rent for Jan. & Feb 2020 Storage | 2410-000 | | 200.00 | 838,675.34 |
| 01/31/20 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 36.20 | | 838,711.54 |
| 02/29/20 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 33.32 | | 838,744.86 |
| 03/27/20 | 107 | Principal Securities, LLC | Rent for March & April 2020 Storage | 2410-000 | | 200.00 | 838,544.86 |
| 03/31/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 22.75 | | 838,567.61 |
| 03/31/20 | 108 | Brady Ware & Schoenfeld, Inc. | Chapter 11 accounting fees for GYPC | 6410-000 | | 41,098.20 | 797,469.41 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 670.30 | 796,799.11 |
| 04/11/20 | {15} | Atlanta Promotional Products, LLC | Settlement proceeds | 1241-000 | 3,000.00 | | 799,799.11 |
| 04/30/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 6.62 | | 799,805.73 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,289.29 | 798,516.44 |
| 05/07/20 | 109 | Ira H. Thomsen | Attorney Fees (Doc. 290) | 3210-600 | | 15,230.00 | 783,286.44 |
| 05/07/20 | 110 | Principal Securities, LLC | Rent for May 2020 Storage | 2410-000 | | 100.00 | 783,186.44 |
| | | | **Subtotals :** | | **$901,651.65** | **$118,465.21** | |

{} Asset reference(s)

Printed: 04/09/2022 11:33 AM  V.20.40

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 17-31030 HG
**Case Name:** GYPC, INC.
**Taxpayer ID #:** **-***6439
**Period Ending:** 03/31/22

**Trustee:** Donald F. Harker, III (550270)
**Bank Name:** Mechanics Bank
**Account:** ******2066 - MONEY MARKET ACCOUNT
**Blanket Bond:** $2,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 6.70 | | 783,193.14 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,221.59 | 781,971.55 |
| 06/09/20 | 111 | Principal Securities, LLC | Rent for June 2020 storage | 2410-000 | | 100.00 | 781,871.55 |
| 06/10/20 | {16} | Pebblebrook Hotel Trust | Settlement proceeds in Adv. # 19-03029 Per order Doc. 302 | 1241-000 | 12,500.00 | | 794,371.55 |
| 06/14/20 | {17} | Persource LLC | Settlement proceeds in Adv. # 19-3036 per order (Doc. 298) | 1241-000 | 7,707.00 | | 802,078.55 |
| 06/18/20 | {18} | U.S. Bank | Settlement in Harker v. U.S. Bank Adv. #19-3043 | 1241-000 | 6,365.10 | | 808,443.65 |
| 06/30/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 6.53 | | 808,450.18 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,353.41 | 807,096.77 |
| 07/16/20 | {20} | Georgia Dept. of Revenue | 2016 Tax Refund | 1224-000 | 1.08 | | 807,097.85 |
| 07/16/20 | {19} | Hyatt Corporation | Settlement Harker v. HC Royal Palms | 1241-000 | 10,000.00 | | 817,097.85 |
| 07/18/20 | {21} | Insight North America, Inc. | Settlement of preference (Harker v. PCM Sale) | 1241-000 | 4,500.00 | | 821,597.85 |
| 07/23/20 | {20} | Georgia Dept. of Revenue | 2016 Tax Refund | 1224-000 | -1.08 | | 821,596.77 |
| 07/31/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 6.90 | | 821,603.67 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,341.04 | 820,262.63 |
| 08/31/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 6.97 | | 820,269.60 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,267.37 | 819,002.23 |
| 09/03/20 | {22} | PorterWright | Settlement of preference action v. PorterWright | 1141-000 | 50,000.00 | | 869,002.23 |
| 09/30/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 7.10 | | 869,009.33 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,468.38 | 867,540.95 |
| 10/14/20 | 112 | Ira H. Thomsen and The Law Offices of Ira H. Thomsen | Order on Second Fee Application | 3210-600 | | 14,094.00 | 853,446.95 |
| 10/14/20 | 113 | Ira H. Thomsen and The law offices of Ira H. Thomsen | Order on Second Fee Application | 3220-610 | | 660.05 | 852,786.90 |
| 10/30/20 | {23} | Thompson Auctioneers, Inc. | Proceeds from sale of personal property at | 1129-000 | 10,885.50 | | 863,672.40 |
| | | | **Subtotals :** | | **$101,991.80** | **$21,505.84** | |

{} Asset reference(s)

Printed: 04/09/2022 11:33 AM    V.20.40

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 17-31030 HG
**Case Name:** GYPC, INC.

**Taxpayer ID #:** **-***6439
**Period Ending:** 03/31/22

**Trustee:** Donald F. Harker, III (550270)
**Bank Name:** Mechanics Bank
**Account:** ******2066 - MONEY MARKET ACCOUNT
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | public auction | | | | |
| 10/30/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 7.30 | | 863,679.70 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,375.63 | 862,304.07 |
| 11/03/20 | {24} | Marshall, Dennehey Counseel for Kuoni Destination | Settlement proceeds (Harker v. Kuoni) | 1241-000 | 3,500.00 | | 865,804.07 |
| 11/06/20 | {25} | Starz Entertainment | Settlement proceeds (Harker v. Starz) | 1241-000 | 10,000.00 | | 875,804.07 |
| 11/15/20 | 114 | Thompson Auctioneers, Inc. | Commission and Buyer's Premium for auction of personal property | 3610-000 | | 2,583.00 | 873,221.07 |
| 11/15/20 | 115 | Thompson Auctioneers, Inc. | Auctioneer's expenses for auction of personal property | 3620-000 | | 1,300.00 | 871,921.07 |
| 11/19/20 | 116 | William Bagwell | 5 months of storage @ $30 per month for 75 banker boxes of records | 2410-000 | | 150.00 | 871,771.07 |
| 11/23/20 | {26} | Scrub Island Development Group | Settlement proceeds Harker v. Scrub Island | 1241-000 | 4,214.06 | | 875,985.13 |
| 11/30/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 7.16 | | 875,992.29 |
| 11/30/20 | 117 | Coolidge Wall Co., LPA | Legal fees per Order Doc. 379 | 3210-600 | | 155,914.25 | 720,078.04 |
| 11/30/20 | 118 | Coolidge Wall Co., LPA | Expenses per Order Doc. 379 | 3220-610 | | 110.45 | 719,967.59 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,344.82 | 718,622.77 |
| 12/02/20 | {27} | Condon & Forsyth LLP | Settlement proceeds Harker v. Air Charter~ | 1241-000 | 3,000.00 | | 721,622.77 |
| 12/07/20 | 119 | Trustee Resource Group | Trustee's Accountant | 3410-000 | | 6,936.75 | 714,686.02 |
| 12/07/20 | 120 | Trustee Resource Group | Trustee's Accountant Expenses | 3420-000 | | 334.83 | 714,351.19 |
| 12/07/20 | 121 | Graydon Head & Ritchey, LLP | Trustee Attorney Fees | 3210-000 | | 28,565.00 | 685,786.19 |
| 12/07/20 | 122 | Graydon Head & Ritchey, LLP | Trustee Attorney Expenses | 3220-000 | | 148.80 | 685,637.39 |
| 12/11/20 | 123 | Guardian West Self-Storage | Storage for GYPC - 94 banker boxes | 2410-000 | | 144.05 | 685,493.34 |
| 12/14/20 | 124 | David Mann | Pick up and delivery of 94 banker boxes of records | 2420-000 | | 250.00 | 685,243.34 |
| 12/17/20 | {12} | Suzanne M Katko | Sale of miscellaneous gift cards | 1129-000 | 1,935.55 | | 687,178.89 |
| 12/29/20 | {12} | John A. Palumbo | Sale of miscellaneous gift cards | 1129-000 | 8,718.20 | | 695,897.09 |

Subtotals : $31,382.27 $199,157.58

{} Asset reference(s)

Printed: 04/09/2022 11:33 AM    V.20.40

## Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 17-31030 HG  
**Case Name:** GYPC, INC.

**Taxpayer ID #:** **-***6439  
**Period Ending:** 03/31/22

**Trustee:** Donald F. Harker, III (550270)  
**Bank Name:** Mechanics Bank  
**Account:** ******2066 - MONEY MARKET ACCOUNT  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 6.21 | | 695,903.30 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,309.95 | 694,593.35 |
| 01/05/21 | 125 | Guardian West Self-Storage | Storage for GYPC - 94 banker boxes | 2410-000 | | 144.05 | 694,449.30 |
| 01/13/21 | {12} | Carol Smith's Asset Sales | For additional shiping costs on sale of gift cards to Palumbo | 1129-000 | 10.70 | | 694,460.00 |
| 01/16/21 | 126 | Carol Smith's Asset Sales, LLC | Commissions for gift card sales to Katko ($190.00) and Palumbo ($870.00) | 3630-000 | | 1,060.00 | 693,400.00 |
| 01/29/21 | {12} | J. Ray | Sale of 35 Brinker gift cards | 1129-000 | 457.50 | | 693,857.50 |
| 01/29/21 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 5.89 | | 693,863.39 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,075.85 | 692,787.54 |
| 02/10/21 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 1.71 | | 692,789.25 |
| 02/10/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 692,720.08 | 69.17 |
| 04/23/21 | | Transition Transfer Debit | Transition Transfer Debit to People's United Bank account 5443 | 9999-000 | | 69.17 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 1,035,507.73 | 1,035,507.73 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 692,789.25 | |
| | | **Subtotal** | | | 1,035,507.73 | 342,718.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,035,507.73** | **$342,718.48** | |

{} Asset reference(s)

Printed: 04/09/2022 11:33 AM    V.20.40

## Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 17-31030 HG
**Case Name:** GYPC, INC.

**Taxpayer ID #:** \*\*-\*\*\*6439
**Period Ending:** 03/31/22

**Trustee:** Donald F. Harker, III (550270)
**Bank Name:** People's United Bank
**Account:** \*\*\*\*\*\*5443 - MONEY MARKET ACCOUNT
**Blanket Bond:** $2,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT \*\*\*\*\*\*2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT \*\*\*\*\*\*2572 | 9999-000 | 692,720.08 | | 692,720.08 |
| 02/11/21 | {12} | J. Ray | Sale of 37 Pizza Hut gift cards (31 $20 and 6 $10) | 1129-000 | 360.00 | | 693,080.08 |
| 02/11/21 | 10127 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 692,936.03 |
| 02/11/21 | 10128 | Graydon Head & Ritchey, LLP | Attorney Fees | 3210-000 | | 21,019.50 | 671,916.53 |
| 02/11/21 | 10129 | Graydon Head & Ritchey, LLP | Attorney For Trustee Expenses | 3220-000 | | 1,877.75 | 670,038.78 |
| 02/26/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 3.57 | | 670,042.35 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,033.85 | 669,008.50 |
| 03/13/21 | {12} | J. Ray | Sale of 36 Apple $25 cards; 163 Apple $15 cards; 177 Bass Pro $25 cards; and 224 L.L. Bean $25 cards. | 1129-000 | 6,705.00 | | 675,713.50 |
| 03/13/21 | 10130 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 675,569.45 |
| 03/16/21 | 10131 | Donald F. Harker,lll | Attorney fees | 3110-000 | | 8,920.00 | 666,649.45 |
| 03/30/21 | 10132 | Jennifer Vann | Per Turnover Order (Doc. 411) | 2690-720 | | 1,140.12 | 665,509.33 |
| 03/31/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.68 | | 665,515.01 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,178.41 | 664,336.60 |
| 04/01/21 | 10133 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 664,192.55 |
| 04/08/21 | {12} | Carol Smith's Asset Sales, LLC | Additional shipping costs for sale of gift cards to J. Ray | 1129-000 | 1.90 | | 664,194.45 |
| 04/08/21 | {12} | J. Ray | Sale of 104 miscellaneous gift cards. 50 Apple $15; 8 Bass Pro $25: 9 Bruegger $25: 12 Eistein $20: 11 Krispy Kreme $25; and 14 Quiznos $25 | 1129-000 | 1,032.00 | | 665,226.45 |
| 04/21/21 | 10134 | Carol Smith's Asset Sales, LLC | AUCTIONEER FEES | 3630-000 | | 848.25 | 664,378.20 |
| 04/23/21 | | Transition Transfer Credit | Transition Transfer Credit from Mechanics Bank account 2066 | 9999-000 | 69.17 | | 664,447.37 |

Subtotals :   $700,897.40   $36,450.03

{} Asset reference(s)

Printed: 04/09/2022 11:33 AM   V.20.40

## Form 2

### Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 17-31030 HG | | Trustee: | Donald F. Harker, III (550270) |
| --- | --- | --- | --- | --- |
| Case Name: | GYPC, INC. | | Bank Name: | People's United Bank |
| | | | Account: | ******5443 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.47 | | 664,452.84 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,066.35 | 663,386.49 |
| 05/05/21 | 10135 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 663,242.44 |
| 05/20/21 | 10136 | Donald F. Harker, III | Trustee Compensation | 2100-000 | | 22,166.01 | 641,076.43 |
| 05/20/21 | 10137 | Donald F. Harker, III | Trustee expenses | 2200-000 | | 6,528.13 | 634,548.30 |
| 05/28/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.54 | | 634,553.84 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 981.67 | 633,572.17 |
| 06/03/21 | 10138 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 633,428.12 |
| 06/08/21 | {28} | Audio Visual Services Group, LLC dba PSAV | Settlement of Harker v. PSAV adv.#19-03037 | 1241-000 | 8,750.00 | | 642,178.12 |
| 06/23/21 | 10139 {12} | Joanna Ray | Refund for unusable Bruegger gift cards and shipping costs | 1129-000 | -123.15 | | 642,054.97 |
| 06/30/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.26 | | 642,060.23 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,126.66 | 640,933.57 |
| 07/01/21 | 10140 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 640,789.52 |
| 07/09/21 | 10141 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Attorney fees for Special Counsel | 3210-600 | | 26,686.00 | 614,103.52 |
| 07/09/21 | 10142 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Attorney Expenses for Special Counsel | 3220-610 | | 227.30 | 613,876.22 |
| 07/22/21 | 10143 | Graydon Head & Ritchey, LLP | Attorney Fees | 3210-000 | | 29,210.00 | 584,666.22 |
| 07/22/21 | 10144 | Graydon Head & Ritchey, LLP | Attorney Expenses | 3220-000 | | 294.62 | 584,371.60 |
| 07/30/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.29 | | 584,376.89 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,002.42 | 583,374.47 |
| 08/03/21 | {12} | Maria Cabrea | Sale of Gift Cards | 1129-000 | 532.00 | | 583,906.47 |
| 08/03/21 | {12} | Suzanne Katko | Sale of Gift Cards | 1129-000 | 832.00 | | 584,738.47 |
| 08/03/21 | 10145 | Trustee Resource Group | Accounting Fees (2nd Application) | 3410-000 | | 9,960.25 | 574,778.22 |
| 08/03/21 | 10146 | Trustee Resource Group | Accounting Expenses (2nd Application) | 3420-000 | | 457.02 | 574,321.20 |
| | | | Subtotals : | | $10,012.41 | $100,138.58 | |

{} Asset reference(s)

Printed: 04/09/2022 11:33 AM   V.20.40

## Form 2

## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 17-31030 HG | | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|---|
| Case Name: | GYPC, INC. | | Bank Name: | People's United Bank |
| | | | Account: | ******5443 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 03/31/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/04/21 | 10147 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 574,177.15 |
| 08/12/21 | 10148 | Carol Smith's Asset Sales, LLC | AUCTIONEER FEES | 3630-000 | | 134.00 | 574,043.15 |
| 08/31/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 4.90 | | 574,048.05 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 988.00 | 573,060.05 |
| 09/03/21 | 10149 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 572,916.00 |
| 09/16/21 | {12} | Suzanne Katko | Sale of Gift cards | 1129-000 | 375.00 | | 573,291.00 |
| 09/30/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 4.71 | | 573,295.71 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 918.53 | 572,377.18 |
| 10/06/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2716 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2716 | 9999-000 | | 572,377.18 | 0.00 |
| 10/08/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 0.79 | | 0.79 |
| 10/12/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2716 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2716 | 9999-000 | | 0.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 711,295.21 | 711,295.21 | **$0.00** |
| | | | Less: Bank Transfers | | 692,789.25 | 572,377.97 | |
| | | | **Subtotal** | | 18,505.96 | 138,917.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,505.96** | **$138,917.24** | |

{} Asset reference(s)

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

**Case Number:** 17-31030 HG
**Case Name:** GYPC, INC.

**Taxpayer ID #:** **-***6439
**Period Ending:** 03/31/22

**Trustee:** Donald F. Harker, III (550270)
**Bank Name:** People's United Bank
**Account:** ******5443 - MONEY MARKET ACCOUNT
**Blanket Bond:** $2,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   1,062,302.80
Net Estate :   $1,062,302.80

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ******0298 | 8,289.11 | 47,455.08 | 533,212.00 |
| MMA # ******2066 | 1,035,507.73 | 342,718.48 | 0.00 |
| MMA # ******5443 | 18,505.96 | 138,917.24 | 0.00 |
| | $1,062,302.80 | $529,090.80 | $533,212.00 |

{} Asset reference(s)

Printed: 04/09/2022 11:33 AM    V.20.40