Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-31030 HG | **Trustee:** (550270) | Donald F. Harker, III |
| **Case Name:** GYPC, INC. | **Filed (f) or Converted (c):** 08/16/19 (c) | |
| | **§341(a) Meeting Date:** 09/19/19 | |
| **Period Ending:** 03/31/23 | **Claims Bar Date:** 10/25/19 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Operating-USM Account at Bank of America, xxxxxx<br>Imported from original petition Doc# 19 | 7,512.84 | 7,512.84 | | 0.00 | FA |
| 2 | Operating-USM Account at Wells Fargo Bank, N.A.,<br>Imported from original petition Doc# 19 | 159,505.21 | 159,505.21 | | 896,711.95 | FA |
| 3 | Deposit Account-USM Account at Alostar, xxxxxx78<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Operating Account-USM Account at Alostar, xxxxxx<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Payables Account-USM Account at Alostar, xxxxxx7<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Payroll Account-USM Account at Alostar, xxxxxx78<br>Imported from original petition Doc# 19 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | $40,000.00 retainer held by sorter wright Morris<br>Imported from original petition Doc# 19 | 127,044.27 | 127,044.27 | | 0.00 | FA |
| 8 | Insurance Prepayment<br>Imported from original petition Doc# 19 | 21,377.15 | 21,377.15 | | 0.00 | FA |
| 9 | Various trademarks and patents-USM Copyrights-Ma<br>Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | FA |
| 10 | Potential claim against Tina Weede in relation t<br>Imported from original petition Doc# 19 | Unknown | 0.00 | | 0.00 | FA |
| 11 | A/R Over 90 days old. Face amount = $2,018,364.9<br>Imported from original petition Doc# 19 | 1,018,364.96 | 1,018,364.96 | | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-31030 HG  
**Case Name:** GYPC, INC.  

**Period Ending:** 03/31/23

**Trustee:** (550270) Donald F. Harker, III  
**Filed (f) or Converted (c):** 08/16/19 (c)  
**§341(a) Meeting Date:** 09/19/19  
**Claims Bar Date:** 10/25/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Other inventory or supplies: Gift Cards-USM, Net<br>Imported from original petition Doc# 19 | 48,200.00 | 48,200.00 | | 20,599.01 | FA |
| 13 | Preferred Membership Interest in Eastport Holdin<br>Imported from original petition Doc# 19 | Unknown | 5,000.00 | | 25,000.00 | FA |
| 14 | Tax Account (u) | Unknown | 0.00 | | 1,712.82 | FA |
| 15 | Harker v. Atlanta Promotional (u)<br>Preference | Unknown | 0.00 | | 3,000.00 | FA |
| 16 | Harker v. Pebblebrook (u)<br>Preference | Unknown | 12,500.00 | | 12,500.00 | FA |
| 17 | Harker v. Persource (u)<br>Preference | Unknown | 7,707.00 | | 7,707.00 | FA |
| 18 | Harker v. U. S. Bank (u)<br>Preference | Unknown | 6,365.10 | | 6,365.10 | FA |
| 19 | Harker v. HC Royal Palms (u)<br>Preference | Unknown | 10,000.00 | | 10,000.00 | FA |
| 20 | Georgia Tax Refund for 2016 (u) | Unknown | 1.08 | | 0.00 | FA |
| 21 | Harker v. PCM Sales (u)<br>Preference | Unknown | 4,500.00 | | 4,500.00 | FA |
| 22 | Preference v. PorterWright | Unknown | 50,000.00 | | 50,000.00 | FA |
| 23 | Copiers, printers miscellaneous personal propert<br>Copiers, printers, miscell. personal property | Unknown | 10,885.50 | | 10,885.50 | FA |
| 24 | Harker v. Kuoni (u) | Unknown | 3,500.00 | | 3,500.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 3

**Case Number:** 17-31030 HG
**Case Name:** GYPC, INC.

**Period Ending:** 03/31/23

**Trustee:** (550270)   Donald F. Harker, III
**Filed (f) or Converted (c):** 08/16/19 (c)
**§341(a) Meeting Date:** 09/19/19
**Claims Bar Date:** 10/25/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Settlement proceeds |  |  |  |  |  |
| 25 | Harker v. Starz  (u)<br>Per order on 9019 motion | Unknown | 10,000.00 |  | 10,000.00 | FA |
| 26 | Harker v. Scrub Island  (u) | Unknown | 4,214.06 |  | 4,214.06 | FA |
| 27 | Harker v. Air Charter  (u) | Unknown | 3,000.00 |  | 3,000.00 | FA |
| 28 | Harker v. PSAV  (u) | Unknown | 0.00 |  | 8,750.00 | FA |
| 29 | Harker v. LC Sales LLP  (u) | Unknown | 0.00 |  | 8,500.00 | FA |
| 30 | Harker v. AT&T  (u) | Unknown | 0.00 |  | 3,000.00 | FA |
| 31 | Harker v. AmEx and Harker v. AmEx Travel  (u) | Unknown | 0.00 |  | 90,000.00 | FA |
| 32 | Harker v. Mindstream Media  (u) | Unknown | Unknown |  | 70,000.00 | FA |
| 33 | Disgorgement Brady Ware  (u) | Unknown | 17,020.00 |  | 17,020.00 | FA |
| 34 | Disgorgement Coolidgeg Wall  (u) | Unknown | 22,655.00 |  | 22,655.00 | FA |
| 35 | Disgorgement Clifton Larsen Allen  (u) | Unknown | 23,690.00 |  | 23,690.00 | FA |
| 36 | Disgorgement Ira Thomsen  (u) | Unknown | 10,000.00 |  | 10,000.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A |  | 393.52 | Unknown |
| 37 | **Assets**    Totals  (Excluding unknown values) | **$1,382,004.43** | **$1,583,042.17** |  | **$1,323,703.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has resolved adversaries and is awaiting time for 9019 motion to settle with Konica.  Disgorgements have been collected with final disgorgement to be paid July 15, 2023..

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| **Case Number:** | 17-31030 HG | **Trustee:** | (550270) Donald F. Harker, III |
| --- | --- | --- | --- |
| **Case Name:** | GYPC, INC. | **Filed (f) or Converted (c):** | 08/16/19 (c) |
| | | **§341(a) Meeting Date:** | 09/19/19 |
| **Period Ending:** | 03/31/23 | **Claims Bar Date:** | 10/25/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** February 1, 2022     **Current Projected Date Of Final Report (TFR):** February 1, 2024

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 1

| Case Number: | 17-31030 HG | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|
| Case Name: | GYPC, INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******0298 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 03/31/23 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/06/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 572,377.18 | | 572,377.18 |
| 10/07/21 | 20150 | Carol Smith's Asset Sales, LLC | Commission on sale of 35 Regal and 61 Papa John's Gift Cards | 3630-000 | | 35.50 | 572,341.68 |
| 10/07/21 | 20151 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 572,197.63 |
| 10/12/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 0.79 | | 572,198.42 |
| 10/29/21 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 3.76 | | 572,202.18 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 886.67 | 571,315.51 |
| 11/08/21 | 20152 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 571,171.46 |
| 11/30/21 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 5.01 | | 571,176.47 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 976.59 | 570,199.88 |
| 12/01/21 | 20153 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 570,055.83 |
| 12/09/21 | 20154 | Trustee Resource Group | Trustee's Accountant's Fees | 3410-000 | | 4,373.75 | 565,682.08 |
| 12/09/21 | 20155 | Trustee Resource Group | Trustee's Accountant's Expenses | 3420-000 | | 281.05 | 565,401.03 |
| 12/23/21 | 20156 | Graydon Head & Ritchey | Attorney for Trustee Fees | 3210-000 | | 32,532.50 | 532,868.53 |
| 12/23/21 | 20157 | Graydon Head & Ritchey | Attorney for Trustee Expenses | 3220-000 | | 172.30 | 532,696.23 |
| 12/28/21 | 20158 {12} | Marie Cabrera | Refund for purchase of JC Penny cards and shipping costs incurred by Marie Cabrera | 1129-000 | -550.59 | | 532,145.64 |
| 12/31/21 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.81 | | 532,150.45 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 939.72 | 531,210.73 |
| 01/04/22 | 20159 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 531,066.68 |
| 01/18/22 | {29} | Armstrong Teasdale LLP | Settlement of Harker v. LC Sales LLP | 1241-000 | 8,500.00 | | 539,566.68 |
| 01/25/22 | {12} | Suzanne M Katko | Purchase of gift cards and shipping costs (8 Choice Hotel, 26 Coleman, 24 Service Master and 104 JC Penny) $300.00 for cards and $12.90 for shipping | 1129-000 | 312.90 | | 539,879.58 |
| 01/31/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.54 | | 539,884.12 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 827.56 | 539,056.56 |

Subtotals : $580,658.40   $41,601.84

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-31030 HG
**Case Name:** GYPC, INC.

**Taxpayer ID #:** **-***6439
**Period Ending:** 03/31/23

**Trustee:** Donald F. Harker, III (550270)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******0298 - MONEY MARKET ACCOUNT
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.14 | | 539,060.70 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 806.45 | 538,254.25 |
| 03/01/22 | 20160 | Donald F. Harker, III | Attorney Fees | 3110-000 | | 3,960.00 | 534,294.25 |
| 03/02/22 | 20161 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 534,150.20 |
| 03/31/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.54 | | 534,154.74 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 942.74 | 533,212.00 |
| 04/03/22 | 20162 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 533,067.95 |
| 04/20/22 | 20163 | Donald F. Harker, III | Second Interim Compensation | 2100-000 | | 7,491.39 | 525,576.56 |
| 04/20/22 | 20164 | Donald F. Harker,III | Reimbursement of Expenses | 2200-000 | | 10,009.32 | 515,567.24 |
| 04/29/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.19 | | 515,571.43 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 818.50 | 514,752.93 |
| 05/05/22 | 20165 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 514,608.88 |
| 05/25/22 | 20166 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Attorney Fees | 3210-600 | | 15,407.00 | 499,201.88 |
| 05/25/22 | 20167 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Expenses of Special Counsel | 3220-610 | | 117.50 | 499,084.38 |
| 05/31/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 4.51 | | 499,088.89 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 797.39 | 498,291.50 |
| 06/08/22 | 20168 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 498,147.45 |
| 06/14/22 | 20169 | Coolidge Wall Co., L.P.A. | Special Counsel Attorney Fees | 3210-600 | | 158,660.00 | 339,487.45 |
| 06/14/22 | 20170 | Coolidge Wall Co., L.P.A. | Special Counsel Attorney FeSpecial Counsel Expenses | 3220-610 | | 1,477.58 | 338,009.87 |
| 06/24/22 | {30} | AT&T | Per 9019 motion Doc. 524 | 1241-000 | 3,000.00 | | 341,009.87 |
| 06/30/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 3.66 | | 341,013.53 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 806.12 | 340,207.41 |
| 07/05/22 | 20171 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 340,063.36 |
| 07/19/22 | {31} | Nielson | ACh Deposit RCVD | 1241-000 | 30,000.00 | | 370,063.36 |
| | | | **Subtotals :** | | **$33,021.04** | **$202,014.24** | |

{} Asset reference(s)

Printed: 04/05/2023 06:06 AM   V.20.50

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 17-31030 HG
**Case Name:** GYPC, INC.

**Taxpayer ID #:** **-***6439
**Period Ending:** 03/31/23

**Trustee:** Donald F. Harker, III (550270)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******0298 - MONEY MARKET ACCOUNT
**Blanket Bond:** $2,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/21/22 | 20172 | Graydon Head & Ritchey | Attorney for Trustee Fees | 3210-000 | | 54,170.00 | 315,893.36 |
| 07/21/22 | 20173 | Graydon Head & Ritchey | Attorney for Trustee Expenses | 3220-000 | | 1,131.23 | 314,762.13 |
| 07/29/22 | Int | Metropolitan Commercial Bank | Interest posting at  0.0100% | 1270-000 | 2.75 | | 314,764.88 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 537.07 | 314,227.81 |
| 08/02/22 | 20174 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 314,083.76 |
| 08/04/22 | {31} | The Nielsen Norman Group | Wired in per settlement (Doc. 544) | 1241-000 | 30,000.00 | | 344,083.76 |
| 08/04/22 | {31} | Nielson Norman Grou | Incoming Wire Transfer | 1241-000 | 30,000.00 | | 374,083.76 |
| 08/04/22 | {31} | The Nielsen Norman Group | Reversed Deposit 100004 1 Wired in per settlement (Doc. 544) | 1241-000 | -30,000.00 | | 344,083.76 |
| 08/31/22 | Int | Metropolitan Commercial Bank | Interest posting at  0.0100% | 1270-000 | 3.07 | | 344,086.83 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 597.09 | 343,489.74 |
| 09/03/22 | 20175 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 343,345.69 |
| 09/30/22 | Int | Metropolitan Commercial Bank | Interest posting at  0.0100% | 1270-000 | 2.82 | | 343,348.51 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 550.39 | 342,798.12 |
| 10/01/22 | 20176 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 342,654.07 |
| 10/01/22 | 20177 | Wood & Lamping | Mediation Fees Invoice #270527 | 3721-000 | | 2,487.50 | 340,166.57 |
| 10/27/22 | {31} | Nielson Norman Group | Wired funds per settlement | 1241-000 | 30,000.00 | | 370,166.57 |
| 10/27/22 | {31} | Nielson Norman Group | Reversal of Adjustment entered in Error for Wired funds per settlement reversed incorrect date | 1241-000 | 30,000.00 | | 400,166.57 |
| 10/27/22 | {31} | Nielson Norman Group | Wired funds per settlement reversed incorrect date | 1241-000 | -30,000.00 | | 370,166.57 |
| 10/31/22 | Int | Metropolitan Commercial Bank | Interest posting at  0.0100% | 1270-000 | 2.90 | | 370,169.47 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 529.50 | 369,639.97 |
| 11/06/22 | 20178 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 369,495.92 |
| 11/30/22 | Int | Metropolitan Commercial Bank | Interest posting at  0.0100% | 1270-000 | 2.79 | | 369,498.71 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 580.57 | 368,918.14 |

**Subtotals :**  $60,014.33   $61,159.55

{} Asset reference(s)

Printed: 04/05/2023 06:06 AM     V.20.50

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 17-31030 HG | | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|---|
| Case Name: | GYPC, INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******0298 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/23 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/22 | 20179 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 368,774.09 |
| 12/11/22 | 20180 | Graydon Head & Ritchey | Attorney for Trustee Fees | 3210-000 | | 66,435.00 | 302,339.09 |
| 12/11/22 | 20181 | Graydon Head & Ritchey | Attorney for Trustee Expenses | 3220-000 | | 1,470.41 | 300,868.68 |
| 12/30/22 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 2.49 | | 300,871.17 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 488.61 | 300,382.56 |
| 01/03/23 | 20182 | Guardian West Self Storage | Storage of files and server | 2410-000 | | 144.05 | 300,238.51 |
| 01/17/23 | 20183 | Donald F. Harker, III | Attorney Fees | 3110-000 | | 7,440.00 | 292,798.51 |
| 01/17/23 | 20184 | Donald F. Harker, III | Third Interim Compensation | 2100-000 | | 16,315.63 | 276,482.88 |
| 01/17/23 | 20185 | Donald F. Harker, III | Rimbursement of Expenses | 2200-000 | | 9,903.28 | 266,579.60 |
| 01/19/23 | 20186 | Guardian West Self Storage | Storage of files and server for Feb and March 2023 | 2410-000 | | 288.10 | 266,291.50 |
| 01/31/23 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 2.25 | | 266,293.75 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 440.39 | 265,853.36 |
| 02/16/23 | | Mindstream Media and Eastport | Settlement with Eastport and Mindstream | | 95,000.00 | | 360,853.36 |
| | {13} | | 25,000.00 | 1129-000 | | | 360,853.36 |
| | {32} | | 70,000.00 | 1241-000 | | | 360,853.36 |
| 02/24/23 | {33} | Brady Ware | Disgorgement of Professional Fees paid in Chapter 11 as 7 estate adminstrativly insolvent | 1249-000 | 17,020.00 | | 377,873.36 |
| 02/25/23 | {34} | Coolidge Wall | Disgorgement of Professional Fees paid in Chapter 11 as 7 estate administratively insolvent | 1249-000 | 22,655.00 | | 400,528.36 |
| 02/28/23 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 2.38 | | 400,530.74 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 457.71 | 400,073.03 |
| 03/06/23 | 20187 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Attorney Fees<br>Voided on 03/06/23 | 3210-600 | | 10,183.00 | 389,890.03 |
| 03/06/23 | 20187 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Attorney Fees<br>Voided: check issued on 03/06/23 | 3210-600 | | -10,183.00 | 400,073.03 |

Subtotals : $134,682.12 $103,527.23

{} Asset reference(s)

Printed: 04/05/2023 06:06 AM V.20.50

## Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 17-31030 HG  
**Case Name:** GYPC, INC.  

**Taxpayer ID #:** **-***6439  
**Period Ending:** 03/31/23

**Trustee:** Donald F. Harker, III (550270)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******0298 - MONEY MARKET ACCOUNT  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/06/23 | 20188 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Expenses of Special Counsel<br>Voided on 03/06/23 | 3220-610 |  | 268.00 | 399,805.03 |
| 03/06/23 | 20188 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Expenses of Special Counsel<br>Voided: check issued on 03/06/23 | 3220-610 |  | -268.00 | 400,073.03 |
| 03/06/23 | 20189 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Attorney Fees | 3210-600 |  | 10,183.00 | 389,890.03 |
| 03/06/23 | 20190 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Expenses of Special Counsel | 3220-610 |  | 268.00 | 389,622.03 |
| 03/16/23 | {35} | Clifton Larsen Allen | Disgorgement of professional fees paid in Chapter 11 as 7 estate administratively insolvent | 1249-000 | 23,690.00 |  | 413,312.03 |
| 03/16/23 |  | To Account #******6181 | TRANSFER | 9999-000 |  | 200,000.00 | 213,312.03 |
| 03/22/23 | {36} | Ira H Thomsen | Disgorgement of professional fees paid in Chapter 11 as 7 estate administratively insolvent | 1249-000 | 10,000.00 |  | 223,312.03 |
| 03/31/23 | Int | Metropolitan Commercial Bank | Interest posting at 0.0100% | 1270-000 | 2.35 |  | 223,314.38 |
|  |  |  | **ACCOUNT TOTALS** |  | 842,068.24 | 618,753.86 | **$223,314.38** |
|  |  |  | Less: Bank Transfers |  | 572,377.97 | 200,000.00 |  |
|  |  |  | **Subtotal** |  | 269,690.27 | 418,753.86 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$269,690.27** | **$418,753.86** |  |

{} Asset reference(s)

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 17-31030 HG | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|
| Case Name: | GYPC, INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******6173 - Checking Account |
| Taxpayer ID #: | **-***6439 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/23 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/05/2023 06:06 AM V.20.50

## Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 17-31030 HG | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|
| Case Name: | GYPC, INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******6181 - Checking Account |
| Taxpayer ID #: | **-***6439 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/23 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/23 | | From Account #******0298 | TRANSFER | 9999-000 | 200,000.00 | | 200,000.00 |
| 03/28/23 | 30191 | U.S. Department of Justice | Administrative Claim | 2990-000 | | 185,000.00 | 15,000.00 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 628.46 | 14,371.54 |
| | | | **ACCOUNT TOTALS** | | 200,000.00 | 185,628.46 | **$14,371.54** |
| | | | Less: Bank Transfers | | 200,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 185,628.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$185,628.46** | |

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 17-31030 HG | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|
| Case Name: | GYPC, INC. | Bank Name: | Mechanics Bank |
| | | Account: | ******2066 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 03/31/23 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/19 | {2} | Wells Fargo | Close out operating account | 1129-000 | 896,711.95 | | 896,711.95 |
| 09/18/19 | {14} | Wells Fargo | Close out tax account | 1229-000 | 1,712.82 | | 898,424.77 |
| 09/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 14.77 | | 898,439.54 |
| 10/31/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 38.15 | | 898,477.69 |
| 11/26/19 | 101 | Principal Securities, LLC | Rent for Oct., Nov. and Dec. 2019 Storage | 2410-000 | | 300.00 | 898,177.69 |
| 11/30/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 36.93 | | 898,214.62 |
| 12/20/19 | 102 | Ira H. Thomsen | Balance of attorney fees for services rendered to Chpt. 11 Debtor Per Doc. 260 | 6210-160 | | 4,875.11 | 893,339.51 |
| 12/31/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 38.14 | | 893,377.65 |
| 01/02/20 | 103 | Coolidge Wall Co., L.P.A. | Attorney fees per Order (Doc.259) | 3210-000 | | 54,428.00 | 838,949.65 |
| 01/02/20 | 104 | Coolidge Wall Co., L.P.A. | Attorney expenses per Order (Doc.259) | 3220-000 | | 74.31 | 838,875.34 |
| 01/28/20 | 105 | Principal Securities, LLC | Rent for January and February 2020 Storage Voided on 01/28/20 | 2410-000 | | 300.00 | 838,575.34 |
| 01/28/20 | 105 | Principal Securities, LLC | Rent for January and February 2020 Storage Voided: check issued on 01/28/20 | 2410-000 | | -300.00 | 838,875.34 |
| 01/28/20 | 106 | Principal Securities, LLC | Rent for Jan. & Feb 2020 Storage | 2410-000 | | 200.00 | 838,675.34 |
| 01/31/20 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 36.20 | | 838,711.54 |
| 02/29/20 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 33.32 | | 838,744.86 |
| 03/27/20 | 107 | Principal Securities, LLC | Rent for March & April 2020 Storage | 2410-000 | | 200.00 | 838,544.86 |
| 03/31/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 22.75 | | 838,567.61 |
| 03/31/20 | 108 | Brady Ware & Schoenfeld, Inc. | Chapter 11 accounting fees for GYPC | 6410-000 | | 41,098.20 | 797,469.41 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 670.30 | 796,799.11 |
| 04/11/20 | {15} | Atlanta Promotional Products, LLC | Settlement proceeds | 1241-000 | 3,000.00 | | 799,799.11 |
| 04/30/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 6.62 | | 799,805.73 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,289.29 | 798,516.44 |
| 05/07/20 | 109 | Ira H. Thomsen | Attorney Fees  (Doc. 290) | 3210-600 | | 15,230.00 | 783,286.44 |
| 05/07/20 | 110 | Principal Securities, LLC | Rent for May 2020 Storage | 2410-000 | | 100.00 | 783,186.44 |

Subtotals :    $901,651.65    $118,465.21

{} Asset reference(s)

Printed: 04/05/2023 06:06 AM    V.20.50

## Form 2

## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 17-31030 HG | | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|---|
| Case Name: | GYPC, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******2066 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 03/31/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/29/20 | Int | Mechanics Bank | Interest posting at  0.0100% | 1270-000 | 6.70 | | 783,193.14 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,221.59 | 781,971.55 |
| 06/09/20 | 111 | Principal Securities, LLC | Rent for June 2020 storage | 2410-000 | | 100.00 | 781,871.55 |
| 06/10/20 | {16} | Pebblebrook Hotel Trust | Settlement proceeds in Adv. # 19-03029 Per order Doc. 302 | 1241-000 | 12,500.00 | | 794,371.55 |
| 06/14/20 | {17} | Persource LLC | Settlement proceeds in Adv. # 19-3036 per order (Doc. 298) | 1241-000 | 7,707.00 | | 802,078.55 |
| 06/18/20 | {18} | U.S. Bank | Settlement in Harker v. U.S. Bank Adv. #19-3043 | 1241-000 | 6,365.10 | | 808,443.65 |
| 06/30/20 | Int | Mechanics Bank | Interest posting at  0.0100% | 1270-000 | 6.53 | | 808,450.18 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,353.41 | 807,096.77 |
| 07/16/20 | {20} | Georgia Dept. of Revenue | 2016 Tax Refund | 1224-000 | 1.08 | | 807,097.85 |
| 07/16/20 | {19} | Hyatt Corporation | Settlement Harker v. HC Royal Palms | 1241-000 | 10,000.00 | | 817,097.85 |
| 07/18/20 | {21} | Insight North America, Inc. | Settlement of preference (Harker v. PCM Sale) | 1241-000 | 4,500.00 | | 821,597.85 |
| 07/23/20 | {20} | Georgia Dept. of Revenue | 2016 Tax Refund | 1224-000 | -1.08 | | 821,596.77 |
| 07/31/20 | Int | Mechanics Bank | Interest posting at  0.0100% | 1270-000 | 6.90 | | 821,603.67 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,341.04 | 820,262.63 |
| 08/31/20 | Int | Mechanics Bank | Interest posting at  0.0100% | 1270-000 | 6.97 | | 820,269.60 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,267.37 | 819,002.23 |
| 09/03/20 | {22} | PorterWright | Settlement of preference action v. PorterWright | 1141-000 | 50,000.00 | | 869,002.23 |
| 09/30/20 | Int | Mechanics Bank | Interest posting at  0.0100% | 1270-000 | 7.10 | | 869,009.33 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,468.38 | 867,540.95 |
| 10/14/20 | 112 | Ira H. Thomsen and The Law Offices of Ira H. Thomsen | Order on Second Fee Application | 3210-600 | | 14,094.00 | 853,446.95 |
| 10/14/20 | 113 | Ira H. Thomsen and The law offices of Ira H. Thomsen | Order on Second Fee Application | 3220-610 | | 660.05 | 852,786.90 |
| 10/30/20 | {23} | Thompson Auctioneers, Inc. | Proceeds from sale of personal property at | 1129-000 | 10,885.50 | | 863,672.40 |
| | | | Subtotals : | | $101,991.80 | $21,505.84 | |

{} Asset reference(s)   Printed: 04/05/2023 06:06 AM    V.20.50

## Form 2

## Cash Receipts And Disbursements Record

Page: 10

| Case Number: | 17-31030 HG | | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|---|
| Case Name: | GYPC, INC. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******2066 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 03/31/23 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | public auction | | | | |
| 10/30/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 7.30 | | 863,679.70 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,375.63 | 862,304.07 |
| 11/03/20 | {24} | Marshall, Dennehey Counseel for Kuoni Destination | Settlement proceeds (Harker v. Kuoni) | 1241-000 | 3,500.00 | | 865,804.07 |
| 11/06/20 | {25} | Starz Entertainment | Settlement proceeds (Harker v. Starz) | 1241-000 | 10,000.00 | | 875,804.07 |
| 11/15/20 | 114 | Thompson Auctioneers, Inc. | Commission and Buyer's Premium for auction of personal property | 3610-000 | | 2,583.00 | 873,221.07 |
| 11/15/20 | 115 | Thompson Auctioneers, Inc. | Auctioneer's expenses for auction of personal property | 3620-000 | | 1,300.00 | 871,921.07 |
| 11/19/20 | 116 | William Bagwell | 5 months of storage @ $30 per month for 75 banker boxes of records | 2410-000 | | 150.00 | 871,771.07 |
| 11/23/20 | {26} | Scrub Island Development Group | Settlement proceeds Harker v. Scrub Island | 1241-000 | 4,214.06 | | 875,985.13 |
| 11/30/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 7.16 | | 875,992.29 |
| 11/30/20 | 117 | Coolidge Wall Co., LPA | Legal fees per Order Doc. 379 | 3210-600 | | 155,914.25 | 720,078.04 |
| 11/30/20 | 118 | Coolidge Wall Co., LPA | Expenses per Order Doc. 379 | 3220-610 | | 110.45 | 719,967.59 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,344.82 | 718,622.77 |
| 12/02/20 | {27} | Condon & Forsyth LLP | Settlement proceeds Harker v. Air Charter~ | 1241-000 | 3,000.00 | | 721,622.77 |
| 12/07/20 | 119 | Trustee Resource Group | Trustee's Accountant | 3410-000 | | 6,936.75 | 714,686.02 |
| 12/07/20 | 120 | Trustee Resource Group | Trustee's Accountant Expenses | 3420-000 | | 334.83 | 714,351.19 |
| 12/07/20 | 121 | Graydon Head & Ritchey, LLP | Trustee Attorney Fees | 3210-000 | | 28,565.00 | 685,786.19 |
| 12/07/20 | 122 | Graydon Head & Ritchey, LLP | Trustee Attorney Expenses | 3220-000 | | 148.80 | 685,637.39 |
| 12/11/20 | 123 | Guardian West Self-Storage | Storage for GYPC - 94 banker boxes | 2410-000 | | 144.05 | 685,493.34 |
| 12/14/20 | 124 | David Mann | Pick up and delivery of 94 banker boxes of records | 2420-000 | | 250.00 | 685,243.34 |
| 12/17/20 | {12} | Suzanne M Katko | Sale of miscellaneous gift cards | 1129-000 | 1,935.55 | | 687,178.89 |
| 12/29/20 | {12} | John A. Palumbo | Sale of miscellaneous gift cards | 1129-000 | 8,718.20 | | 695,897.09 |

Subtotals :  $31,382.27   $199,157.58

{} Asset reference(s)

| | | | | | | Page: 11 |

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-31030 HG  
**Case Name:** GYPC, INC.

**Taxpayer ID #:** **-***6439  
**Period Ending:** 03/31/23

**Trustee:** Donald F. Harker, III (550270)  
**Bank Name:** Mechanics Bank  
**Account:** ******2066 - MONEY MARKET ACCOUNT  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/20 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 6.21 | | 695,903.30 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,309.95 | 694,593.35 |
| 01/05/21 | 125 | Guardian West Self-Storage | Storage for GYPC - 94 banker boxes | 2410-000 | | 144.05 | 694,449.30 |
| 01/13/21 | {12} | Carol Smith's Asset Sales | For additional shiping costs on sale of gift cards to Palumbo | 1129-000 | 10.70 | | 694,460.00 |
| 01/16/21 | 126 | Carol Smith's Asset Sales, LLC | Commissions for gift card sales to Katko ($190.00) and Palumbo ($870.00) | 3630-000 | | 1,060.00 | 693,400.00 |
| 01/29/21 | {12} | J. Ray | Sale of 35 Brinker gift cards | 1129-000 | 457.50 | | 693,857.50 |
| 01/29/21 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 5.89 | | 693,863.39 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,075.85 | 692,787.54 |
| 02/10/21 | Int | Mechanics Bank | Interest posting at 0.0100% | 1270-000 | 1.71 | | 692,789.25 |
| 02/10/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 692,720.08 | 69.17 |
| 04/23/21 | | Transition Transfer Debit | Transition Transfer Debit to People's United Bank account 5443 | 9999-000 | | 69.17 | 0.00 |
| | | **ACCOUNT TOTALS** | | | **1,035,507.73** | **1,035,507.73** | **$0.00** |
| | | Less: Bank Transfers | | | 0.00 | 692,789.25 | |
| | | **Subtotal** | | | **1,035,507.73** | **342,718.48** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,035,507.73** | **$342,718.48** | |

{} Asset reference(s)                                                                                               Printed: 04/05/2023 06:06 AM    V.20.50

| | | | Form 2 | | | | Page: 12 |
|---|---|---|---|---|---|---|---|

## Cash Receipts And Disbursements Record

| Case Number: | 17-31030 HG | | | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|---|---|
| Case Name: | GYPC, INC. | | | Bank Name: | People's United Bank |
| | | | | Account: | ******5443 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/23 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/10/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 692,720.08 | | 692,720.08 |
| 02/11/21 | {12} | J. Ray | Sale of 37 Pizza Hut gift cards (31 $20 and 6 $10) | 1129-000 | 360.00 | | 693,080.08 |
| 02/11/21 | 10127 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 692,936.03 |
| 02/11/21 | 10128 | Graydon Head & Ritchey, LLP | Attorney Fees | 3210-000 | | 21,019.50 | 671,916.53 |
| 02/11/21 | 10129 | Graydon Head & Ritchey, LLP | Attorney For Trustee Expenses | 3220-000 | | 1,877.75 | 670,038.78 |
| 02/26/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 3.57 | | 670,042.35 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,033.85 | 669,008.50 |
| 03/13/21 | {12} | J. Ray | Sale of 36 Apple $25 cards; 163 Apple $15 cards; 177 Bass Pro $25 cards; and 224 L.L. Bean $25 cards. | 1129-000 | 6,705.00 | | 675,713.50 |
| 03/13/21 | 10130 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 675,569.45 |
| 03/16/21 | 10131 | Donald F. Harker,III | Attorney fees | 3110-000 | | 8,920.00 | 666,649.45 |
| 03/30/21 | 10132 | Jennifer Vann | Per Turnover Order (Doc. 411) | 2690-720 | | 1,140.12 | 665,509.33 |
| 03/31/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.68 | | 665,515.01 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 1,178.41 | 664,336.60 |
| 04/01/21 | 10133 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 664,192.55 |
| 04/08/21 | {12} | Carol Smith's Asset Sales, LLC | Additional shipping costs for sale of gift cards to J. Ray | 1129-000 | 1.90 | | 664,194.45 |
| 04/08/21 | {12} | J. Ray | Sale of 104 miscellaneous gift cards. 50 Apple $15; 8 Bass Pro $25: 9 Bruegger $25: 12 Eistein $20: 11 Krispy Kreme $25; and 14 Quiznos $25 | 1129-000 | 1,032.00 | | 665,226.45 |
| 04/21/21 | 10134 | Carol Smith's Asset Sales, LLC | AUCTIONEER FEES | 3630-000 | | 848.25 | 664,378.20 |
| 04/23/21 | | Transition Transfer Credit | Transition Transfer Credit from Mechanics Bank account 2066 | 9999-000 | 69.17 | | 664,447.37 |

| | | Subtotals : | $700,897.40 | $36,450.03 |
|---|---|---|---|---|

{} Asset reference(s)    Printed: 04/05/2023 06:06 AM    V.20.50

**Form 2**

Page: 13

## Cash Receipts And Disbursements Record

| Case Number: | 17-31030 HG | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|
| Case Name: | GYPC, INC. | Bank Name: | People's United Bank |
|  |  | Account: | ******5443 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/30/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.47 |  | 664,452.84 |
| 04/30/21 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 1,066.35 | 663,386.49 |
| 05/05/21 | 10135 | Guardian West Self Storage | Storage of files and servers | 2410-000 |  | 144.05 | 663,242.44 |
| 05/20/21 | 10136 | Donald F. Harker, III | Trustee Compensation | 2100-000 |  | 22,166.01 | 641,076.43 |
| 05/20/21 | 10137 | Donald F. Harker, III | Trustee expenses | 2200-000 |  | 6,528.13 | 634,548.30 |
| 05/28/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.54 |  | 634,553.84 |
| 05/28/21 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 981.67 | 633,572.17 |
| 06/03/21 | 10138 | Guardian West Self Storage | Storage of files and servers | 2410-000 |  | 144.05 | 633,428.12 |
| 06/08/21 | {28} | Audio Visual Services Group,LLC dba PSAV | Settlement of Harker v. PSAV adv.#19-03037 | 1241-000 | 8,750.00 |  | 642,178.12 |
| 06/23/21 | 10139 {12} | Joanna Ray | Refund for unusable Bruegger gift cards and shipping costs | 1129-000 | -123.15 |  | 642,054.97 |
| 06/30/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.26 |  | 642,060.23 |
| 06/30/21 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 1,126.66 | 640,933.57 |
| 07/01/21 | 10140 | Guardian West Self Storage | Storage of files and servers | 2410-000 |  | 144.05 | 640,789.52 |
| 07/09/21 | 10141 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Attorney fees for Special Counsel | 3210-600 |  | 26,686.00 | 614,103.52 |
| 07/09/21 | 10142 | Ira H. Thomsen and the Law Offices of Ira H. Thomsen | Attorney Expenses for Special Counsel | 3220-610 |  | 227.30 | 613,876.22 |
| 07/22/21 | 10143 | Graydon Head & Ritchey, LLP | Attorney Fees | 3210-000 |  | 29,210.00 | 584,666.22 |
| 07/22/21 | 10144 | Graydon Head & Ritchey, LLP | Attorney Expenses | 3220-000 |  | 294.62 | 584,371.60 |
| 07/30/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 5.29 |  | 584,376.89 |
| 07/30/21 |  | People's United Bank | Bank and Technology Services Fee | 2600-000 |  | 1,002.42 | 583,374.47 |
| 08/03/21 | {12} | Maria Cabrea | Sale of Gift Cards | 1129-000 | 532.00 |  | 583,906.47 |
| 08/03/21 | {12} | Suzanne Katko | Sale of Gift Cards | 1129-000 | 832.00 |  | 584,738.47 |
| 08/03/21 | 10145 | Trustee Resource Group | Accounting Fees (2nd Application) | 3410-000 |  | 9,960.25 | 574,778.22 |
| 08/03/21 | 10146 | Trustee Resource Group | Accounting Expenses (2nd Application) | 3420-000 |  | 457.02 | 574,321.20 |

| | Subtotals: | $10,012.41 | $100,138.58 |
|---|---|---|---|

{} Asset reference(s)

## Form 2

Page: 14

## Cash Receipts And Disbursements Record

| Case Number: | 17-31030 HG | | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|---|
| Case Name: | GYPC, INC. | | Bank Name: | People's United Bank |
| | | | Account: | ******5443 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/23 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/04/21 | 10147 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 574,177.15 |
| 08/12/21 | 10148 | Carol Smith's Asset Sales, LLC | AUCTIONEER FEES | 3630-000 | | 134.00 | 574,043.15 |
| 08/31/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 4.90 | | 574,048.05 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 988.00 | 573,060.05 |
| 09/03/21 | 10149 | Guardian West Self Storage | Storage of files and servers | 2410-000 | | 144.05 | 572,916.00 |
| 09/16/21 | {12} | Suzanne Katko | Sale of Gift cards | 1129-000 | 375.00 | | 573,291.00 |
| 09/30/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 4.71 | | 573,295.71 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 918.53 | 572,377.18 |
| 10/06/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2716 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2716 | 9999-000 | | 572,377.18 | 0.00 |
| 10/08/21 | Int | People's United Bank | Interest posting at 0.0100% | 1270-000 | 0.79 | | 0.79 |
| 10/12/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2716 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2716 | 9999-000 | | 0.79 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **711,295.21** | **711,295.21** | **$0.00** |
| | | | Less: Bank Transfers | | 692,789.25 | 572,377.97 | |
| | | | **Subtotal** | | **18,505.96** | **138,917.24** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,505.96** | **$138,917.24** | |

{} Asset reference(s)

Printed: 04/05/2023 06:06 AM  V.20.50

## Form 2

## Cash Receipts And Disbursements Record

Page: 15

| Case Number: | 17-31030 HG | | Trustee: | Donald F. Harker, III (550270) |
|---|---|---|---|---|
| Case Name: | GYPC, INC. | | Bank Name: | People's United Bank |
| | | | Account: | ******5443 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***6439 | | Blanket Bond: | $2,000,000.00 (per case limit) |
| Period Ending: | 03/31/23 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 1,323,703.96

Net Estate : $1,323,703.96

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ******0298 | 269,690.27 | 418,753.86 | 223,314.38 |
| Checking # ******6173 | 0.00 | 0.00 | 0.00 |
| Checking # ******6181 | 0.00 | 185,628.46 | 14,371.54 |
| MMA # ******2066 | 1,035,507.73 | 342,718.48 | 0.00 |
| MMA # ******5443 | 18,505.96 | 138,917.24 | 0.00 |
| | $1,323,703.96 | $1,086,018.04 | $237,685.92 |